**Balwant Singh BRAR, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

**Nos. 04–76266, 06–71414.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 20, 2007 *.

Filed Dec. 28, 2007.

Balwant Singh Brar, Visalia, CA, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Anh–Thu P. Mai, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, WALLACE, and HAWKINS, Circuit Judges.

MEMORANDUM **

Balwant Singh Brar, a native and citizen of India, petitions for review of two orders of the Board of Immigration Appeals ("BIA") denying his motions to reopen based on changed country conditions. We have jurisdiction pursuant to 8 U.S.C. § 1252, and deny the petitions for review.

Reviewing for abuse of discretion, *Socop–Gonzalez v. INS,* 272 F.3d 1176, 1187 (9th Cir.2001) (en banc), we conclude that the BIA acted within its discretion in denying Singh Brar's motions. Neither mo-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tion included the required supporting affidavits or other evidentiary material. *See* 8 C.F.R. § 1003.2(c)(1).

**PETITIONS FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

